UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT THOMPSON

V.

CHESHIRE MEDICAL DEPARTMENT
DOCTOR RICHARD KAO,
PHYSICIAN SANDRA CHARLES

U.S. DISTRICT COURT
NEW HAVEN CONN.
CASE NO# 3:23-CV-0
DATE:

SCANNED at and Emailed 5/24/23 by C . 18 pages

## MOTION AMENDED COMPLAINT

PLAINTIFF ROBERT THOMPSON PURSUANT TO RULE 15(a) AND RULE 19(a) FED. R. CIV. P FILE AN AMENDED COMPLAINT, DOCTOR RICHARD KAO AND PHYSICIAN SANDRA CHARLES.

### II

PLAINTIFF ROBERT THOMPSON IS AT ALL TIMES MENTIONED HEREIN A INCARCERATED INDIVIDUAL AT THE CHESHIRE CORRECTION FACILITY OF THE STATE OF CONNECTICUT

13. 9/20/21 SEEING DOCTOR Richard KAO. ROBERT Thompson REQUESTED A X-RAY AND TREATMENT IN which was DENIED. Both the DOCTOR AND Physician NAME IN this Complaint were unprofessional AND SARCASTED I Robert Thompson was IN EXTREME PAIN. DOCTOR Richard KAO SARCASTEDLY STATED that I Robert Thompson would BE ASSIGN TO the X-Ray list which would BE Awhile. Both the DOCTOR AND Physician MADE MENTION IF I CAN TALK IN which MY words were sluggish while IN EXTREME PAIN.

LATER the MORNING I WAS send back TO MEDICAL due TO EXTREME PAIN Physician SANDRA CHARLES WAS ORDERED by DOCTOR Richard KAO TO ME A shot FOR the PAIN AND SEND ME back TO the Pod NORTH ONE CELL 121.

14. 9-20-21 1:30pm the shot FOR PAIN WORN OFF. NOW back IN EXTREME PAIN AND drooling.

15. 9/21 DAYS LATER IN EXTREME PAIN, NOW IN TEARS REQUESTING TO BE SEEN AND TREATED by MEDICAL TO NO AVAIL.

16. 9/21 4:00pm INSULIN LINE ON THE Pod NURSE BLOCKER NOTICE how SWELLING BOTH SIDES OF MY JAW WAS, I had complained about the EXTREME PAIN I WAS SUFFERING FOR DAY denied MEDICAL ATTENTION.

16(a) 9/21 Immediately CALLED down to the FACILITY MEDICAL, NURSE JANE who ANSWERED the PHONE RECALLED the INCIDENT REQUESTING X-RAY AND TREATMENT all denied. While take my Blood SUGAR IT WAS (45) due TO NOT ABLE TO EAT Solid Food. WEAK, with BLURRY VISION

16(b) 9/21 NURSE JANE IMMEDIATELY SEND PLAINTIFF ROBERT Thompson TO UCONN HOSPITAL EMERGENCY AFTER DAYS (A WEEK) DENIED X-Ray AND TREATMENT.

17. 9/21 UCONN EMERGENCY NURSE JANE DOE ON DUTY EXAMINED MY INJURY, SHE LOOKED INSIDE MY MOUTH AND IMMEDIATELY NOTICE THAT PLAINTIFF'S JAW WAS BROKEN IN WHICH PLAINTIFF NEEDED EMERGENCY X-RAYS.

17a. 9/21 PLAINTIFF WAS GIVING CAT-SCAN X-RAYS BY UCONN DOCTORS WHO DETERMINED THAT PLAINTIFF'S JAW WAS BROKEN IN THREE SEPERATE PLACES AND NEEDS EMERGENCY SURGERY.

18. 9/21 PLAINTIFF ROBERT THOMPSON WAS PUT ON IVs, GIVING PAIN MEDICATIONS. IVs WAS ADMINISTRATED FOR PAINS, AND TO BRING MY LOW DIABETIC BLOOD SUGARS UP FROM (44) which I SHOULD HAD WENT IN A DIABETIC COMA, EVEN DEATH.

19. 9/21 PLAINTIFF WAS ADMITTED AND TRANSFERED TO A ROOM, CONSTANTLY WORKED ON, TO CONTROL MY BLOOD SUGAR, T.I CONTROLLING MY DIABETI SITUATION I COULDN'T GO INTO SURGERY.

20. 9/24/21 PLAINTIFF ROBERT THOMPSON GIVEN SURGERY IN WHICH PLATES HAD BEEN PUT INTO MY JAW, BOTH SIDES

## DEFENDANTS

1. **FIRST DEFENDANT**
   A. FULL NAME: RICHARD KAO.
   B. TITLE: DOCTOR
   C. WORK PLACE: CHESHIRE CORRECTION MEDICAL DEPARTMENT.

2. **SECOND DEFENDANT**
   A. FULL NAME: SANDRA CHARLES.
   B. TITLE: PHYSICIAN
   C. WORK PLACE: CHESHIRE CORRECTION MEDICAL DEPARTMENT

## Relief Requested

THE PLAINTIFF ROBERT Thompson REQUESTS THAT THIS COURT GRANT THE FOLLOWING RELIEF:

A. Issue a declaratory Judgment in their official capacities stating that the PLAINTIFF Robert Thompson Eighth Amendment Rights to be FREE FROM CRUEL AND UNUSUAL Punishment were violated when:

1.) DEFENDANTS ARE the Cheshire's Medical Doctor And Physician at the Facility, Responsible for the medical cares that Ensures Adequate medical Treatments for medical Emergencies in the facility. THE PLAINTIFF Robert Thompson suffered irreparable harm, Physically and mentally because of the delay in Receiving proper diagnostic Testing "X-RAYS" and TREATMENT.

medical needs by proper diagnostic testing "X-Rays" and medical treatment."

SEE ATTACHED STATEMENT OF FACTS

PLAINTIFF'S ASKS THE COURT:

B.) Order the Defendants, in their individual capacities, jointly and severally to pay the Plaintiff compensatory damages

C.) Order the Defendants in their individual capacities, jointly and severally to pay the Plaintiff punitive damages.

D.) Order the Defendants in their individuals capacities, jointly and severally to pay reasonable attorney fees and costs; and

E.) Grant other just and equitable relief that this Honorable Court deems necessary.

Respectfully submit

By: *Robert Thompson*
Robert Thompson #364110
CCI
900 Highland Ave.
Cheshire, CT. 06410

Defendant Physician Sandra Charles failed to adequately provide the Plaintiff Robert Thompson with treatment to the seriousness injury and need to medical emergency. The Plaintiff was refused emergency X-Ray and treatment, unnecessary delay of X-Ray and treatment which was a medical emergency and hospital emergency for a broken jaw.

Defendant Doctor Richard Kao of the Cheshire Correctional Medical Department 9/__/21 failed to provide the Plaintiff Robert Thompson with adequate medical needs of a medical emergency in which Plaintiff Robert Thompson suffered serious pains for a broken jaw.

There's a deliberate indifferent to the Plaintiff's Robert Thompson serious.



# Health Services Administrative Remedy- Level 1
## Connecticut Department of Correction

CN 8901
Effective date
04/30/2021

| ☑ Facility/Unit: CCI / SI-41 | Date: 1/30/03 |
|---|---|
| Inmate Name: Robert Thompson | Inmate Number: 364110 |

### Section 1: FILING A HEALTH SERVICES ADMINISTRATIVE REMEDY LEVEL 1

Prior to filing a request for Health Services Administrative Remedy, an inmate must attempt informal resolution. Attach a copy of the CN 9601, Inmate Request form, with the staff member's response or explain in Section 3 why the form is not attached.

Health Services Administrative Remedies must be filed within 30 days of the occurrence or discovery of the cause of the concern.

Reason for Health Services Administrative Remedy. Check the appropriate box:
☐ Diagnosis/ Treatment    ☑ Administrative

### Section 2: OTHER REQUIREMENTS FOR USING THE HEALTH SEVICES ADMINITRATIVE REMEDY PROCEDURE

Read and comply with the instructions below, then complete Section 3 (State the Problem and Requested Resolution)
- The length of this request shall be restricted to the space available in Section 3 and one (1) additional 8 1/2 x 11-inch page.
- This request for a Health Services Administrative Remedy must be free of obscene or vulgar language or content.
- This request for a Health Services Administrative Remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- Informal resolution attempts and responses shall be attached or explained if no attachment is available.
- A repetitive request for a specific Health Services Administrative Remedy will be rejected if
    a. a final response has already been provided;
    b. there has been no change in any circumstances that would affect the response; and
    c. the initial request for the Health Services Administrative Remedy is still in process.

### Section 3: STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable. Including any responses from staff. State the action that you believe should be taken to resolve this problem. PLEASE PRINT.

This is a second Health Services Administrative Remedy - Level #1 on the issues put forth, see attached copies with a copy of the request to Health Coordinator Vincent Santavenere. I'm exhausting my remedies both for the facility Doctor and Physician and along with UCONN surgery damages.

| | | |
|---|---|---|
| | **Health Services Administrative Remedy Receipt** <br> **Connecticut Department of Correction** | CN 8904 <br> Effective <br> 04/30/2021 |

| Facility Name: Cheshire | HSAR Receipt Number: 3579 |
|---|---|
| Inmate Name: Thompson | Inmate Number: 364110 |

The Health Services Administrative Remedy (HSAR) Coordinator has received your:

☒ CN 8901, HSAR Level 1 ☐ CN8902, Appeal of HSAR, Level 2 ☐ CN 8903, Appeal of HSAR, Level 3

And the appropriate procedure will commence in accordance with AD 8.9, Health Services Administrative Remedy.

| HSAR Coordinator Name Print: Debra Cruz | Title: HSARC |
|---|---|
| Signature: [signature] | Date: 2/10/23 |

Distribution: original (white) to inmate, copy (yellow) to file



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 9/20/17

Facility/Unit: CCI  Date: 10/5/21

Inmate name: Robert Thompson  Inmate number: 364110

**SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.**

Follow the instructions and Refer to Section 2 below
*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

| | | | |
|---|---|---|---|
| A. ☐ | **I am filing a Grievance.**<br>• Prior to filing a grievance, you must attempt informal resolution.<br>• Attach a copy of CN 9601, Inmate Request Form with the staff member's response OR state in Section 4 the reason why the form is not attached.<br>• Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance. | | |
| B. ☐ | **I am requesting a Health Services Review:** | | |
| | ☐ All Other Health Care Issues | ☒ Diagnosis/Treatment | Complete Section 4 |
| | **I am filing an Appeal of a (select one below):** *(Appeals must be filed within 15 days of notification of a decision.)* | | |
| | ☐ Disciplinary Action | | > Complete Section 3 below |
| C. ☐ | ☐ Special Management Decision | ☐ Classification Decision | > |
| | ☐ Media Review Committee Decision | ☐ Furlough Decision | > |
| | ☐ Security Risk Group Designation | ☐ ADA Decision | > Complete Section 4 |
| | ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > |
| | | ☐ Rejection of Correspondence | > |

**SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE**
• Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

**SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY**

- You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | | | Report date: | |
|---|---|---|---|---|
| Facility where hearing was conducted: | | | Date of hearing: | |
| Did you have an advisor? | ☐ yes ☐ no | If yes, name of advisor: | | |
| Did you identify witness (es) to the investigator? | ☐ yes ☐ no | Did your witness (es) testify? | ☐ yes ☐ no | |
| Name(s) of any witness(es): | | | | |

| CONFIDENTIAL | Inmate name: ROBERT Thompson | | |
|---|---|---|---|
| (FOR OFFICIAL USE ONLY) | Inmate number: 364110 | Housing: 10/5/21 | |

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION
- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

I was assaulted on 9/15/21 by inmate Thomas Hooks, the tension was in the cell behind his creepy conversation about female staff members and sex. Telling him that I don't want to hear that shit, stop allowing him to watch my T.V. while getting outta my bunk from sleeping, words were said, He walked near me unexpectedly start swinging, so how got behind me swinging wild outta fear, When I lifted up the damage was done. 9/15/21 My Jaw was broken, Trying to heal myself to get him back... On 9/19/21 peers convinence me to got to medical the nurse on duty gave me ibuprofen 200 mg pack with non-aspirin (12) pack, I requested X-ray due to my Jaw being broken. I was scheduled to see the Facility Doctor the next day though in severe pain and couldn't chew food since 9/15/21. Seeing both the Physician and Doctor The Both said nothing was wrong with my Jaw and chin being able to talk, Nothing is broken, They shown nothing but sarcasm and smiling as if I was lying. The nurse on 9/19/21 said that she called the kitchen for me to receive a liquid diet to no avail. Due to not eating because I couldn't chew my diabete blood sugar was (345) another medical problem for which

Inmate signature: Robert Thompson    Date: 10/5/21

- For all remedies except health services, deposit this form in the Administrative Remedies box.
- For a health services issue, deposit this form in the Health Services box.

### SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: | IGP #: | T#: |
|---|---|---|

| Disposition: | Date of Disposition: |
|---|---|

Reason:

have exhausted DOC's Administrative Remedies. | ☐ This matter may be appealed to:

Date:



# Health Services Administrative Remedy- Level 1
## Connecticut Department of Correction

CN 8901
Rev.
05/06/2021

☑ Facility/Unit: CCI  S1-17    Date: 10/6/21
Inmate Name: Robert Thompson    Inmate Number: 364110

### Section 1: FILING A HEALTH SERVICES ADMINISTRATIVE REMEDY LEVEL 1

Prior to filing a request for Health Services Administrative Remedy, an inmate must attempt informal resolution. Attach a copy of the CN 9601, Inmate Request form, with the staff member's response or explain in Section 3 why the form is not attached.

Health Services Administrative Remedies must be filed within 30 days of the occurrence or discovery of the cause of the concern.

Reason for Health Services Administrative Remedy. Check the appropriate box:
☐ Diagnosis/ Treatment    ☑ Administrative

### Section 2: OTHER REQUIREMENTS FOR USING THE HEALTH SEVICES ADMINITRATIVE REMEDY PROCEDURE

Read and comply with the instructions below, then complete Section 3 (State the Problem and Requested Resolution)
- The length of this request shall be restricted to the space available in Section 3 and one (1) additional 8 1/2 x 11-inch page.
- This request for a Health Services Administrative Remedy must be free of obscene or vulgar language or content.
- This request for a Health Services Administrative Remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- Informal resolution attempts and responses shall be attached or explained if no attachment is available.
- A repetitive request for a specific Health Services Administrative Remedy will be rejected if
    a. a final response has already been provided;
    b. there has been no change in any circumstances that would affect the response; and
    c. the initial request for the Health Services Administrative Remedy is still in process.

### Section 3: STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable. Including any responses from staff. State the action that you believe should be taken to resolve this problem. PLEASE PRINT.

Assaulted on 9/15/21 by inmate Thomas Hooks, the tension in the cell came behind his creepy conversations about female staff members and sex, even conversations he spoked about rapes he committed. Telling him that I didn't want to hear the shit he was talking, calling him a creep. I stop allowing him to watch my T.V., stop him from talking to me. From the assault unexpected he begin swinging, as he got behind me he begin swinging craze with fear, when I lift him off my back the damage was done, my jaw was possibly broken but from 9/15/21 til 9/19/21 I went medical complaining that my jaw been broken since 9/15/21 and I need emergency x-ray. I was given ibuprofen 200mg pack with non-aspirin (12)pack, send back to the pod in pain scheduled to see the doctor the next day. Both the physician and doctor said sarcasedly, smiling that if I can talk my jaw wasn't broken. As if I was lying. The duty nurse said she ordered liquid diet to no avail, due to not eating because I couldn't chew my diabete blood sugar was (45) another medical problem in which



# Health Services Administrative Remedy- Level 1
## Connecticut Department of Correction

CN 8901
Rev.
05/06/2021

| Inmate Signature: *Robert Thompson* | Date: 10/6/21 |
|---|---|

Deposit the completed form in the <u>Health Services Administrative Remedies box</u>

### Section 4: Decision/Official Use ONLY- Do Not Write in the Space Below

| Date Received: | HSAR# |
|---|---|
| Disposition: | Date: |

Reason: Staff responses must be printed or typed. Language must address both the problem and requested solution

## Health Services Administrative Remedy Decision

| ☐ This decision is not subject to further appeal | ☐ This matter may be appealed within 5 calendar days |
|---|---|
| Staff Name Print: | Title: |
| Signature: | Date: |

could had send me in a diabetic coma and killed me. On 9/19/21 second shief guards on Pod-1 tried to get me a liquid diet tray to no avail. The kitchen staff said the nurse (medical) never called them for me to receive a liquid diet tray.

Morning diabetic nurse gave me Ensure drink to be safe. On 9/20/21 complaining about the pains since 9/15/21. I was given a shot for the pains at 1:30pm 9/20/21 that the physician gave me. Hours after the shot the pains came back.

9/20/21 Insulin line 4pm Nurse Blocker looked at my swelling face knew something was wrong, she immediate called down to medical. I complained about the pains I was in for days almost a week from a broken jaw. I was sent to UCONN, made sure by Ms Jean.

9/20/21 send to UCONN emergency to have a emergency X-Ray and treatment. UCONN nurse looked into my mouth and immediate said my jaw is broken, I need emergency X-Rays. I had a KAT-scam X-Ray showing my jaw was broken in three separate places on the left and right side. I had to have emergency surgery but my blood-sugar was (44). My blood-sugars had to be controlled before surgery. 9/22/21 I had surgery don't, receiving plates in my jaw

Since my surgery my jaws is swelling, my chin have no feeling in it.

This shouldN'T happeN To NO oNE, ANd somethiNg should BE Said ANd doNE.

Robert Thompson #364110

 

STATE OF CONNECTICUT
DEPARTMENT OF CORRECTION
Health Services Unit
Administrative Remedies Coordinator

February 10, 2023

Mr. Thompson,

The Health Services Administrative Remedy, is rejected for multiple reasons. Policy 8.9 states the issue you are grieving must be within the past 30 days, you must fill out the paperwork correctly, you must clearly state your complaint and resolution. Although you have written a timeline, it is from 2021. The complaint is too old for the grievance process. You are missing the back page or second page of the CN 8901. The nature of the complaint is not clear at all. No resolution is noted. This issue in not eligible for the grievance process, do not resubmit.

Thank you,


Debra Cruz, HSARC

Colleen Gallagher, MA, CADAC, CCHP
CT Department of Correction
Compliance Unit



TO: Thompson, Robert #364110

FROM: ARC Cooper

DATE: October 12, 2021

SUBJECT: Medical Grievance

You should submit any grievances regarding medical needs, medical issues and medical staff to the medical unit to be answered. You may submit it in the box labeled Health Services Review per Administrative Directive 8.9.

Sincerely,

ARC Cooper