UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT THOMPSON<br>*Plaintiff,*<br>v. | : <br> : <br> : <br> : | CIVIL NO. 3:23-CV-00246-(KAD) |
| CHESHIRE MEDICAL<br>DEPARTMENT, ET AL<br>*Defendants.* | : <br> : <br> : <br> : | FEBRUARY 29, 2024 |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the parties hereby stipulate and agree to dismissal—with prejudice—of this action and all claims in it. The parties shall each bear their own costs. Plaintiff also hereby consents and gives permission for the undersigned defense counsel to e-file this Stipulation of Dismissal with the Court. For purposes of Rule 41(a)(1) this shall be deemed a dismissal by the plaintiff.

PLAINTIFF
Robert Thompson

By: *Robert Thompson* Feb 29, 2024
Robert Thompson #364110
MacDougal Correctional Institution
1153 East Street, South
Suffield, CT 06080

DEFENDANTS CHESHIRE MEDICAL
DEPARTMENT and DR. RICHARD KAO
WILLIAM TONG, ATTORNEY GENERAL


By: *Joseph A. Jaumann* Feb 29, 2024
    Joseph A. Jaumann
    Assistant Attorney General
    165 Capital Avenue
    Hartford, CT  06106
    Federal Bar #ct26660
    Tel: (860) 808-5406
    Fax: (860) 808-5591
    Email: Joseph.Jaumann@ct.gov
    Hartford, CT 06105



DEFENDANT
Sandra Charles


By: *Lindsay DeCarlo* Feb 2__, 2024
    Lindsay Elizabeth DeCarlo
    La Cava Jacobson & Goodis, P.A.
    501 E. Kennedy Blvd.
    Ste 12th Floor
    Tampa, FL 33602
    941-815-2661
    Fax: 813-209-9511
    Email: ldecarlo@ljglegal.com