UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Robert Thompson

v.

CHESHIRE MEDICAL
DEPARTMENT, ET AL.

Civil No. 3:23-CV-00242

MARCH 6th 2024

## AFFIDAVIT

This AFFIDAVIT By Robert Thompson is due to the STATE ASSISTANT ATTORNEY GENERAL Joseph JAUMANN REPRESENTING FOR Richard KOA hAVE NOT HONORED HIS SETTLEMENT AGREEMENT OF $750.00 with DEFENDANT SANDRA CHARLES AGREEMENT OF $750.00 SEPERATED PAYMENT With IS A $1,500 AGREEMENT AGREED UPON VIA PHONE. AFTER RECEIVING THE AGREEMENT PACKAGE FROM SANDRA CHARLES ATTORNEY With the TAX FORMS. CALLING ATTORNEY GENERAL Joseph JAUMANN MY CALL WAS DENIED, NOT RECEIVING HIS AGREED $750.00 I'LL LIKE THE COURTS TO ENFORCE HIS AGREEMENT, WITHDRAWING THE AGREEMENT, AND GO TO

trial in this case.

## CERTIFICATION

I hereby certify that on March 6th 2024 a copy of the forgoing is filed electronically

Respectfully Submitted
By: Robert Thompson
Robert Thompson
NE# 316411O
MacDougall-Walker
1153 East Street So.
Suffield, CT. 06080